# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 17, 2013

## NO. 03-11-00700-CV

**Revel Thom, Appellant**

**v.**

**Rebel's Honky Tonk; Rainbow Cattle Company, Inc., and Zack Truesdell, Appellees**

### APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
### AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE ROSE

**THIS CAUSE** came to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error in the district court's summary judgment. **IT IS THEREFORE** ordered that appellant Revel Thom's motions for rehearing and reconsideration en banc are denied; that the opinion and judgment dated August 30, 2012, are withdrawn; and that the summary judgment of the district court is in all things affirmed. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.